456 A.2d 1097

Commonwealth v. Henderson, Appellant.

Argued April 13, 1982. Gary Robert Fine, for appellant; Alfred B. Bell, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The judgment of sentence of May 1, 1981 is affirmed.